JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NYSBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCESCO VICINO, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, in his official capacity; ET AL., <br><br> Defendants. | No. C 08-1302 JCS <br><br> **CONSENT AND STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services agrees to grant Plaintiff's application for naturalization within 14 days from dismissal of this action, provided Plaintiff does not commit a disqualifying act in the interim. *See* 8 U.S.C. § 1447(b).

///

Stipulated Dismissal; and Order
C08-1302 JCS                             1

1  Each of the parties shall bear their own costs and fees.

2  Dated: April 30, 2008  Respectfully submitted,

3  JOSEPH P. RUSSONIELLO
United States Attorney

4

5  /s/
ILA C. DEISS[1]
6  Assistant United States Attorney

7  Dated: April 30, 2008

8  /s/
FRANCESCO VICINO
9  *Pro Se*

10

11  **ORDER**

12  Pursuant to stipulation, IT IS SO ORDERED.

13

14  Dated: May 6, 2008

15  JOSEPH C. SPERO
United States Magistrate Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulated Dismissal; and Order
C08-1302 JCS                    2